THE PENNSYLVANIA RAILROAD COMPANY, appellant,

*v.*

JOHN ANDERS, respondent.

On appeal from a decree advised by Vice-Chancellor Bird, that an injunction issue restraining the appellant from drilling their cars &c. in the street in front of respondent's dwelling.

*Mr. Peter L. Voorhees,* for the appellant.

*Mr. John W. Wescott,* for the respondent.

PER CURIAM.

This decree unanimously reversed.

---

WM. E. DODGE et al., executors &c., appellants,

*v.*

THE PENNSYLVANIA RAILROAD COMPANY et al., respondents.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Dodge* v. *Pennsylvania R. R. Co., 16 Stew. Eq. 351.*

*Mr. John E. Parsons,* of New York, *Mr. Theodore Runyon* and *Mr. Wm. C. Spencer,* for the appellants.

*Mr. J. D. Bedle* and *Mr. Gilbert Collins,* for the respondents.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the vice-chancellor.